51 So.2d 388

### Frank PHILABERT v. Millard FRAZIER.
### 4 Div. 640.

Supreme Court of Alabama.
March 22, 1951.

Frank Tipler, Jr., of Andalusia, for petitioner.

Edw. F. Reid, of Andalusia, opposed.

SIMPSON, Justice.

Petition of Millard Frazier for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Philabert v. Frazier, 35 Ala.App. 549, 51 So.2d 381.

Writ denied.

LIVINGSTON, C. J., and BROWN and STAKELY, JJ., concur.